Beth L. Kaufman
Jeremy Miguel Weintraub
SCHOEMAN UPDIKE KAUFMAN & GERBER LLP
551 Fifth Avenue
New York, New York 10176
(212) 661-5030
*Attorneys for Defendant SDH Services West, LLC*
  *(s/h/a Sodexo, Inc.)*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DALIA ELBASTY,

|  |  |  |
|---|---|---|
| | Plaintiff, | Case No. 2:19-cv-00627 |
| | | (JS) (ARL) |
| - against- | | |
| SODEXO, INC., | | **RULE 7.1 STATEMENT** |
| | Defendant. | |

-------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant SDH Services West, LLC (s/h/a Sodexo, Inc.) certifies that SDH Services West, LLC is a Delaware single member limited liability company. Sodexo America, LLC ("SA LLC"), a Delaware single member limited liability company, is the sole member of SDH Services West, LLC. The sole member of SA LLC is Sodexo Management, Inc. ("SMI"), a New York corporation. SMI is owned as follows:

- Sodexo, Inc. owns 100% of Preferred A Stock;

- Sodexo Operations, LLC ("SO LLC") owns 100% of Class B Common Stock; and

- Sodexo, S.A. owns 100% of Class C Common Stock.

The sole member of SO LLC is Sodexo, Inc. ("SI"), a Delaware corporation. SI is a wholly owned subsidiary of Sodexo, S.A. ("SA"), a societe anonyme organized under the laws of the Republic of France which is listed on the NYSE Euronext Paris First Market. The principal address of SA LLC, SMI, SO LLC and SI is 9801 Washingtonian Blvd., Gaithersburg, MD 20878. Pierre Bellon, along with members of his family, is the majority shareholder of Bellon, S.A., which is the controlling shareholder of SA. The address of SA is 255 quai de la Bataille de Stalingrad, 92130 Issy-les-Moulineaux, France.

Dated:  New York, New York
        May 9, 2019

            SCHOEMAN UPDIKE KAUFMAN &
            GERBER LLP

        By: _____
            Beth L. Kaufman
            Jeremy Miguel Weintraub
        551 Fifth Avenue
        New York, New York 10176
        (212) 661-5030

        *Attorneys for Defendant SDH Services West, LLC*